No. 9019.   KATHERINE C. JONES, PLAINTIFF and APPELLANT, v. MOSES C. JONES, DEFENDANT and RESPONDENT.

225 Pac. (2d) 482.

Decided December 12, 1950.

*E. F. Bunker,* Bozeman, and *Henry Halliday,* of Minneapolis, Minnesota, for appellant.

*George Y. Patten* of Bozeman for respondent.

MR. CHIEF JUSTICE ADAIR:

On application of George Y. Patten, Esq., counsel for respondent and pursuant to written stipulation therefor, executed by counsel for the respective parties:

It is ordered that the appeal be, and it is hereby dismissed as settled in full upon the merits and with prejudice.

Dated December 12, 1950.